LEROY C. PITCHER et al., Appellants, *v.* JOHN M. SUTTON, Respondent.

(Argued April 20, 1934; decided May 22, 1934.)

*Seymour Bernstein* and *Charles B. Bechtold* for appellants.

*John M. Sutton,* in person, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.